UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEBERIAH MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No. 18-00101 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. On March 21, 2019, the Court granted Defendants' motions to dismiss the ADA claim against them and granted Plaintiff leave to file an amended complaint to attempt to state an Eighth Amendment deliberate indifference claim within twenty-eight days, i.e., no later than April 18, 2019. (Docket No. 43.)

The deadline for Plaintiff to comply with the Court's order has passed. Because Plaintiff has failed to file an amended complaint in the time provided, this action is **DISMISSED** without prejudice. The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: __5/6/2019__

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
p:\pro-se\ejd\cr.18\00101moore_dism.docx